UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KAELYN ANN MCDANNEL,

Plaintiff,

v.                                              Case No. 17-cv-1504-pp

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration

Defendant.

**ORDER APPROVING STIPULATION FOR REMAND (DKT. NO.17), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42. U.S.C. §405(g)**

On April 24, 2018, the parties filed a stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 17. The court **APPROVES** the stipulation for remand, and **ORDERS** that:

The case is **REMANDED** to the Commissioner of Social Security. On judicial remand, the Appeals Council will instruct an Administrative Law Judge to further evaluate the claimant's impairments at Step 3 to determine whether they meet or equal any listed impairment. If necessary, the case will be sent to an ALJ for a new administrative hearing at which the plaintiff will be afforded the opportunity to testify, submit additional evidence, and make arguments, and the ALJ will issue a new decision that complies with all governing regulations, including those governing subjective symptom analysis,

consideration of medical opinions, and determination of residual functional

capacity.

Dated in Milwaukee, Wisconsin this 24th day of April, 2018.

BY THE COURT:

HON. PAMELA PEPPER
United States District Judge